UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>   Plaintiff,<br><br>   v.<br><br>KHALIB, et al.<br><br>   Defendants. | Case No. 1:20-cv-01567-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2)<br><br>and<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY MADERA COUNTY DEPARTMENT OF CORRECTIONS |

Plaintiff, an inmate in county jail proceeding *pro se*, requests leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by section 1915(a) and, accordingly, his request to proceed *in forma pauperis* will be granted.

Accordingly, the Court ORDERS:

1. Plaintiff's motion to proceed *in forma pauperis* is GRANTED;

**2. The Chief of the Madera County Department of Corrections or his designee shall collect payments from Plaintiff's inmate trust account in an amount equal to twenty percent of the preceding month's income credited to the account, and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350**

**has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Chief of the Madera County Department of Corrections at 14191 Road 28, Madera, CA 93638.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the U.S. District Court, Eastern District of California, Sacramento Division.

5. Within 60 days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if he has not already done so.

IT IS SO ORDERED.

Dated:   **November 10, 2020**                           /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE