UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>              Plaintiff,<br><br>    v.<br><br>KHALIB, et al.,<br><br>              Defendants. | Case No. 1:20-cv-01567-ADA-SKO (PC)<br><br>**ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 90 DAYS**<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Cornel Jackson is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter proceeds on Plaintiff's retaliation claims against Defendants Khela,[1] Quick, Villanueva, Lesage, Alva, Townsend, Rivera, and Garza, and an equal protection clause violation against Defendant Garza, as alleged in Plaintiff's first amended complaint. (*See* Docs. 14 & 16.) On June 2, 2023, Defendants filed an answer to Plaintiff's first amended complaint. (Doc. 29.)

The Court refers all civil rights cases filed by *pro se* inmates to Alternative Dispute Resolution ("ADR") to attempt to resolve such cases more expeditiously and less expensively. No claims, defenses, or objections are waived by the parties' participation.

//

---

[1] Defendant's surname is Khela, rather than "Khalib" as identified by Plaintiff.

The Court stays this action for ninety days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in an early settlement conference. The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference.

Accordingly, it is hereby **ORDERED**:

1. This action is STAYED for **ninety (90) days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

2. **Within forty-five (45) days** from the date of this order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.

3. **Within sixty (60) days** from the date of this order, if all parties elect to proceed to an early settlement conference, defense counsel SHALL contact the undersigned's Courtroom Deputy at wkusamura@caed.uscourts.gov to schedule the settlement conference.

4. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

5. The parties must keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   **June 6, 2023**                              /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>          Plaintiff,<br><br>     v.<br><br>KHALIB, et al.,<br><br>          Defendants. | Case No. 1:20-cv-01567-ADA-SKO (PC)<br><br>NOTICE REGARDING EARLY SETTLEMENT CONFERENCE |

The party or counsel agrees that an early settlement conference would be productive and wishes to engage in an early settlement conference.

          Yes ____          No ____

Dated:

_____

Plaintiff or Counsel for Defendants

3