UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>KHALIB, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01567-NODJ-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AS MOOT**<br><br>(Doc. 49) |

Plaintiff Cornel Jackson is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I. INTRODUCTION**

A settlement conference was held in this matter before Magistrate Judge Erica P. Grosjean on September 26, 2023. (Doc. 40 [minutes].) The parties reached a settlement, the terms and conditions were noted on the record, and dispositional documents were to be filed within 60 days. (*Id.*) On October 30, 2023, Plaintiff filed a document titled "Notice of Rejection of Settlement Agreement as Submitted by Defendants" (Doc. 41), which purports to reject the settlement agreement. Defendants replied to Plaintiff's filing the following day. (Doc. 42.) Judge Grosjean ordered supplemental briefing by the parties (*see* Docs. 43-45) and a transcript of the proceedings was prepared (*see* Docs. 47-48).

On January 2, 2024, Plaintiff filed a motion to amend the complaint. (Doc. 49.) On January 9, 2024, Judge Grosjean issued Findings and Recommendations to Deny Plaintiff's Motion to Rescind the Settlement Agreement. (Doc. 50.) No objections were filed.

On February 27, 2024, Chief Judge Kimberly J. Mueller issued an Order Adopting Findings and Recommendations to Deny Plaintiff's Motion to Rescind the Settlement Agreement. (Doc. 54.) Judge Mueller stated that the "settlement is effective on this date and all deadlines in the agreement shall run from the date of this order." (*Id*. at 2.)

## II.    CONCLUSION AND ORDER

Because Plaintiff's motion to rescind the settlement agreement has been denied, his motion to amend the complaint is moot. Accordingly, Plaintiff's motion to amend filed January 2, 2024, (Doc. 49), is **DENIED**.

IT IS SO ORDERED.

Dated:   **March 1, 2024**                          /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE